IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

[...]in A. Palmer )
(Plaintiff) )
)
)
) Case No. 23-CV-50444
)
[...]n F. Booker et. al, )
(Defendants) )
) [Hon. Virginia M. Kendall]

FILED
JAN 03 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## GENERAL NOTICE FOR CHANGE OF ADDRESS

Now comes the Plaintiff, DUSTIN A. PALMER, Pro Se, to formally address the court for a change of address as follows.

The Plaintiff has been transferred to Illinois River Correctional Center at 1300 W. Locust Street, (P.O. Box 999), Canton, IL 61520.

The Plaintiff is to be released from I.R.C.C. on January 21, 2025, to the following address, 1105 6th Ave, Sterling, IL 61081.

The Plaintiff requests the court take these matters and dates under advisement. If a response is yet to be sent to the Plaintiff around Jan. 21, 2025, please send a copy to the address the Plaintiff is to be released to.

Sincerely,
Dustin Palmer
DUSTIN A. PALMER
(Plaintiff)
12/28/2024