IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dustin Alton Palmer, | ) |
|       Plaintiff, | ) |
| | ) Case No. 3:23-cv-50444 |
| v. | ) |
| | ) Magistrate Judge Michael F. Iasparro |
| John F. Booker, | ) |
|       Defendant. | ) |

## REPORT AND RECOMMENDATION

     Telephonic hearing held 6/24/2025. Plaintiff Dustin Alton Palmer did not attend today's hearing. This is the second time Plaintiff has failed to appear in violation of this Court's orders. Previously, on 6/3/2025, Plaintiff failed to appear at a telephonic status conference. The Court's orders setting the telephonic hearing scheduled for 6/3/2025 were mailed to Plaintiff at his address on the docket [37] [40]. The Court's mailings were not returned as undeliverable. This Court set the matter over for a telephonic hearing on 6/24/2025 and warned Plaintiff that his failure to appear may result in a report and recommendation that this case be dismissed for want of prosecution. The Court's order was mailed to Plaintiff at his address on the docket [41][42] and the mailing was not returned as undeliverable. Nevertheless, Plaintiff failed to appear on 6/24/2025 and has not notified the Court or defense counsel of any reason why he was unable to appear. Therefore, it is this Court's report and recommendation that the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this report and recommendation must be filed by 7/8/2025. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff Dustin Alton Palmer.

Entered: June 24, 2025                                            By: _____
                                                                              Michael F. Iasparro
                                                                              United States Magistrate Judge