## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dustin Alton Palmer, ) | |
| ) | |
| Plaintiff, ) | Case No. 23 C 50444 |
| v. ) | |
| ) | Hon. Iain D. Johnston |
| John F. Booker, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

By a Report and Recommendation dated 6/24/25 [43], Magistrate Judge Iasparro recommended that this Court dismiss this case for want of prosecution under Federal Rule of Civil Procedure 41(b). The parties did not object to the Report and Recommendation and the time to do so has passed. Fed. R. Civ. P. 72(b)(2). The Court finds no clear error with the Report and Recommendation. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (unobjected portions of report and recommendation are reviewed for clear error). The Court therefore adopts the Report and Recommendation [43] (and the Clerk shall terminate it as a pending motion). The court dismisses this action with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (explaining that district court has inherent authority to dismiss case for lack of prosecution). The Clerk is directed to enter final judgment and mail a copy of this order and the judgment to Plaintiff at his last known address. This case is closed.

Date: July 14, 2025      By: _____
                              Iain D. Johnston
                              United States District Judge